IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

KAREN BAURIES KING,

    Plaintiff,

v.

                    Civil Action No. AW-01-1208

MARRIOTT INTERNATIONAL INC.,
et. al.

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS this 14th day of August, 2001, by the United States District Court for the District of Maryland, **ORDERED**:

1. That Plaintiff's Motion to Remand [12-1] BE, and the same hereby is, **DENIED**;

2. That Defendant Marriott's Motion to Stay Resolution of Plaintiff's Motion for Remand to and including July 23, 2001 [18-1] BE, and the same hereby is, **DENIED, as moot**;

3. That Plaintiff's Motion for Leave to File Amended Complaint [23-1] BE, and the same hereby is **GRANTED**;

4. That Plaintiff's Motion to Stay Resolution of Plaintiff's Motion for Leave to File an Amended Complaint pending decision of Motion for Remand [24-1] BE, and the same hereby is, **DENIED, as moot**;

5. That Defendants will have ten (10) days from the date of receipt of service, in which to file an answer to the Amended Complaint, with the Court

6. That the Clerk of the Court mail copies of this Memorandum Opinion and Order to all counsel of record.

Alexander Williams, Jr.
United States District Court Judge