UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ALEXANDER WILLIAMS, JR.
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0637
FAX (301) 344-0672

August 24, 2001

AUG 2 7 2001

MEMO TO COUNSEL RE:   Karen Bauries King, Plaintiff

vs.

Marriott International, Inc., et. al., Defendants

AW-01-1208

Dear Counsel:

This Court is in receipt of Defense counsel's August 15, 2001 letter to chambers. It is apparent to this Court, based upon Defendants' letter, that the parties hade made certain agreements regarding the status of the counts in Plaintiff's complaint, depending on the outcome of Plaintiff's Motion to Remand. The Court encourages both parties to continue to work together in an effort to streamline the above-captioned case. Based upon the Court's ruling allowing Plaintiff to amend her complaint, Defendants are certainly well within their rights to file a motion to dismiss portions of Plaintiff's complaint, along with their Answer.

Despite the informal nature of this ruling, it shall constitute an order of court, and the Clerk is directed to docket it accordingly

Sincerely,

Alexander Williams, Jr.
United States District Judge

cc:   Court File

