IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| KAREN BAURIES KING, | |
| Plaintiff, | Case No. 01-CV-1208 |
| v. | (Hon. Alexander Williams, Jr.) |
| MARRIOTT INTERNATIONAL, INC., et al., | |
| Defendants. | |

**PRAECIPE**

TO:   THE HONORABLE ALEXANDER WILLIAMS, JR.

On Friday, September 21, 2001, the deadline for the Plaintiff to file an opposition to Defendants' Motion to Dismiss Portions of Plaintiff's Amended Complaint, Plaintiff attempted to file with the Court her Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Portions of Plaintiff's Amended Complaint. The Opposition was delivered to the Courthouse in Greenbelt at approximately 8:00 p.m. on September 21 by a courier employed by Washington Express, the courier service used by Plaintiff's counsel at Zuckerman Spaeder LLP. When the courier attempted to put the pleading in the After Hours Box, which is posted as remaining open until 9:30 p.m. Monday through Friday, the guard on duty told the courier that the After Hours Box was closed because the Courthouse now closes early due to the terrorist attacks of September 11, 2001 and that the guard

would not accept the pleading. The courier, therefore, returned to the Courthouse first thing on Monday, September 24 and filed the pleading.

On the Court's website, www.mdd.uscourts.gov/Division/Southern/after_hours.htm, it is posted that filings may be placed in the After Hours Box after 5:00 p.m., Monday through Friday, and that the Box will remain open until 9:30 p.m. at the Courthouse in Greenbelt. There is no notice on the website that this policy has changed because of the terrorist attacks of September 11. In addition, Mrs. Kelly, a Supervisor in the Civil Division of the Southern Division, stated on September 26, 2001 that the rules state that the After Hours Box is open until 9:30 p.m. and that she is unaware of this having been changed.

In light of these circumstances, Plaintiff respectfully requests that her Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Portions of Plaintiff's Amended Complaint be deemed by the Court to be timely filed. This will not prejudice the Defendants as their copy of the pleading was served by United States Mail on counsel for the Defendants on September 21, 2001, the deadline for its filing, as required by the Federal Rules of Civil Procedure.

Respectfully Submitted,

Steven M. Salky, Federal Bar No. 05611
Mary I. Peters, Federal Bar No. 14899
ZUCKERMAN SPAEDER LLP
1201 Connecticut Avenue, N.W.
Washington, D.C. 20036
202-778-1800 (phone)
202-822-8106 (facsimile)

"APPROVED" THIS 9th DAY OF Oct, 2001.

Alexander Williams, Jr.
United States District Judge

2