```
                                                      ____FILED       ____ENTERED
                                                      ____LOGGED      ____RECEIVED
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF MARYLAND                         MAR 2 1 2002
          SOUTHERN DIVISION
                                                              AT GREENBELT
                                                       CLERK U.S. DISTRICT COURT
                                                         DISTRICT OF MARYLAND
                                                    BY                    DEPUTY
```

| | |
|---|---|
| **KAREN B. KING,**<br>Plaintiff, | |
| vs. | Civil Action No. AW-01-1208 |
| **MARRIOT INTERNATIONAL** *et al.*,<br>Defendant. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion dated March 20th, 2002, IT IS this 20th day of March, 2002 by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Defendants' Motion to Dismiss BE [34-1], and the same hereby IS **DENIED**;

2. That the Clerk of the Court mail copies of this order to all counsel of record.

*[signature]*
Alexander Williams, Jr.
United States District Judge

