IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

AUG 3 0 2002

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

KAREN B. KING,

    Plaintiff,

vs.

    Civil Action No. AW-01-CV-1208

MARRIOT INTERNATIONAL, INC. *et al.*,

    Defendant.

---

## ORDER

For the reasons stated in the accompanying Memorandum Opinion dated August 30th, 2002 and, IT IS this 30th day of August, 2002 by the United States District Court for the District of Maryland, hereby **ORDERED**:

1. That Defendants' Motion for Summary Judgment [66-1] BE, and the same hereby IS, **GRANTED**;

2. That Plaintiff's Motion for Leave to File Sur-reply [76-1] BE, and the same hereby IS, **DENIED**;

3. That the above-caption case BE, and the same hereby IS, **CLOSED**; and

4. That the Clerk of the Court transmit copies of this Opinion and Order to all counsel of record.

                                              *Alexander Williams, Jr.*
                                              Alexander Williams, Jr.
                                              United States District Judge

[MICROFILMED]

